UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
_____

SAIM SARWAR,

                Plaintiff,

    v.                                  2:21-cv-00114-wks

DORSET STREET INVESTMENT GROUP, LLC,
                Defendant.
_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on August 10, 2021.

| | |
|---|---|
| */s/ Tristan W. Gillespie* | */s/ Brian P. Hehir, Esq*. |
| Tristan W. Gillespie | Brian P. Hehir |
| | |
| THOMAS B. BACON, P.A. | 239 South Union Street |
| 5150 Cottage Farm Rd. | Burlington, VT 05401 |
| Johns Creek, GA 30022 | (802) 862-2006 |
| Gillespie.tristan@gmail.com | Fax: (802) 862-2301 |
| 404-276-7277 | Email: brian@hehirlaw.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |